FILED'09 APR 30 12:56 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**KELLY MEIROW,**
    **Plaintiff,**

v.

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

CV 08-06210-BR

ORDER

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5825.05 are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Robyn M. Rebers, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses to be paid herein.

DATED this 30th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Robyn M. Rebers, OSB # 03430
Attorney for Plaintiff